E-FILED 5/20/14

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER NOWICKI CLARK, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HERBALIFE INTERNATIONAL, INC., HERBALIFE INTERNATIONAL OF AMERICA, INC. and HERBALIFE LTD.,<br><br>Defendants. | CASE NO. CV 12-08982 PSG (CWx)<br><br>Hon. Philip S. Gutierrez<br>Crtrm: 880<br><br>**ORDER PURSUANT TO STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

The Court, having received a Stipulation of Dismissal with Prejudice as to Plaintiff and without Prejudice as to the Putative Class, and good cause appearing therefor, ORDERS that this case is dismissed in its entirety with prejudice as to Plaintiff and without prejudice as to the putative class.

Date: May 20, 2014

**PHILIP S. GUTIERREZ**
_____
Honorable Philip S. Gutierrez
United States District Judge

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067